IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VALASSIE WALTERS,
    Plaintiff,

v.                                 Civil No. 3:25cv793 (DJN)

DOVE STREET II, LLC, *et al*,
    Defendants.

## ORDER
### (Referring Case for Settlement Conference)

This matter comes before the Court for pretrial case management and following an on-the-record initial pretrial conference on January 15, 2026. In the interest of judicial economy, the case is hereby REFERRED to United States Magistrate Judge Summer L. Speight for settlement purposes. If amenable to Magistrate Judge Speight and otherwise consistent with her calendar, the parties shall schedule a settlement conference no later than April 15, 2026. Should this case settle, the Court will cancel the status call scheduled for April 22, 2026, at 2:00 p.m.

Let the Clerk file a copy of this Order electronically, notify all counsel of record and forward a copy to Magistrate Judge Speight.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: January 15, 2026