IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

VALASSIE WALTERS,

          Plaintiff,

      v.

DOVE STREET II, LLC *et al.*,

          Defendants.

Civil Action No. 3:25cv793 (DJN)

**JOINT RULE 26(f) REPORT**

COME NOW the parties hereto, by counsel, pursuant to this court's order of April 22, 2026 and hereby submit the foregoing Report:

1.     Counsel for Plaintiff and counsel for Defendants conferred on April 22, 2026.

2.     Conclusion of Discovery:  As provided for in the scheduling order, discovery will conclude by July 31, 2026 unless otherwise ordered by the Court.

3.     Initial Disclosures:  The Parties will exchange initial disclosures no later than May 8, 2026.

4.     The parties will comply with all other deadlines and procedures as outlined in the Court's April 22, 2026 Scheduling Order.

5.     Claims, Defenses, and Settlement:  The Parties have conferred as to the nature and basis of their claims and defenses.  The Parties have discussed the potential for resolution in this matter and have agreed to re-address the issue once sufficient information has been exchanged for each side to better evaluate the claims and defenses in this matter.  The Parties will schedule another mediation session with Magistrate Judge Speight as ordered by the Court.

6.    With regard to electronic discovery, the parties propose the following, the parties agree that they produce electronically stored information as follows: documents (except for databases and spreadsheets) will be produced as text searchable ".pdf" files.  Metadata for all such files shall be preserved and shall be produced for specific documents if requested by an opposing party.  Databases and spreadsheets shall be produced in a reasonably useable electronic format, after consultation with the parties.  Normally, such reasonably usable format shall be a Microsoft Excel compatible format.  In any event, a party may request and receive any electronic files in their original format, or in another reasonably usable format, when a pdf or other format of the document or file would be difficult to utilize. The parties will produce "paper" documents as PDF documents unless unusual circumstances make it appropriate for the original documents or paper copies thereof to be produced.

7.    With regard to additional information on electronic discovery as requested in the April, 22, 2026 order:

(a) The Parties anticipate electronic discovery to include emails, chats, tenant records, and any other discoverable information customarily stored electronically by either party

(b) Plaintiff is an individual and does not have a formal electronic retention or retrieval system, but will work with counsel to search for and produce electronic discovery such as that contained in her e-mail account.  Defendants have a Microsoft Outlook email system and any relevant emails will be produced in a readable format.

(c) The Parties agree to take reasonable steps to preserve all electronic information that may reasonably be expected to be discoverable in this matter

(d) At this time, the Parties do not expect any disagreement regarding privilege issues

(e) The Parties do not believe it is necessary to designate a liaison for electronic discovery

(f) At this time, the Parties do not believe periodic case management conferences are necessary.

8. The parties understand that they are obligated to take reasonably adequate steps to ensure the preservation of potentially discoverable documents.

9. Subjects of Discovery: The Parties agree that discovery relevant to the facts, claims, and defenses contained in the pleadings will be appropriate, subject to all objections permitted by the applicable rules.

10. The Parties agree that any documents received in response to a subpoena to a third party will be provided to the other party within ten days of receipt.

11. The Parties may serve discovery requests upon other parties by electronic mail and, if practicable, may respond to those requests by electronic means.

12. The parties anticipate that an agreed protective order may be necessary to govern the treatment of certain documents disclosed in this litigation. The parties agree to honor any other Party's confidentiality designation pending the parties' agreement on an order and/or pending Court review of any protective order motion governing the treatment of confidential information filed by one or both parties. Prior to the entry of a protective order, it is understood that the parties only intend to designate as confidential information that would constitute personal information about individuals that would not normally be publicly disclosed or whose

disclosure might be harmful or sensitive business information which would normally not be publicly disclosed.

13.     Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties stipulate that service by electronic means, including service by e-mail and service through the Court's CM/ECF system, is complete upon transmission.  The parties further stipulate that all discovery may be served by electronic means and that service is complete upon transmission.

Dated:  April 29, 2026                                    Respectfully submitted,

/s/Rachel Nadas
Rachel Nadas, VSB # 89440
Matthew K. Handley, *pro hac vice* forthcoming
HANDLEY FARAH & ANDERSON PLLC
200 Massachusetts Avenue, 7th Floor
Washington, DC  20001
Telephone: 202-899-2991
email: rnadas@hfajustice.com

Moriah J. Wilkins, VSB #97286
Brenda Castaneda, VSB No. 72801
Housing Opportunities Made Equal of Virginia, Inc.
1601 Rolling Hills Drive, Suite 110
Richmond, VA 23229
Telephone:   (804) 905-6793
mwilkins@homeofva.org
bcastaneda@homeofva.org

*Counsel for Plaintiffs*

4

/s/ Susan Childers North _____
Susan Childers North, Esq. VSB # 43068
Timothy J. Lyle, Esq. VSB No. 100527
Gordon Rees Scully Mansukhani LLP
Williamsburg, VA 23188
Telephone: (757) 903-0870
snorth@grsm.com
tlyle@grsm.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 29, 2026, I filed the foregoing document using the Court's CM/ECF system, which will serve it on all counsel of record in this matter.

/s/ Rachel Nadas_____
Rachel Nadas

6